**Dismissed and Memorandum Opinion filed May 29, 2025.**



In The

# Fifteenth Court of Appeals

### NO. 15-25-00068-CV

### KEITH FITZGERALD HERVEY, Appellant

### V.

### TEXAS DEPARTMENT OF CRIMINAL JUSTICE, Appellee

**On Appeal from the 278th District Court**
**Walker County, Texas**
**Trial Court Cause No. 2029753**

## MEMORANDUM OPINION

This is an attempted appeal from a judgment signed January 17, 2025. No post-judgment motion was filed. The notice of appeal must be filed within 30 days after the judgment is signed when appellant has not filed a timely post-judgment motion. *See* Tex. R. App. P. 26.1. Appellant's notice of appeal was due February 17, 2025, but was not filed until March 10, 2025.

Appellant's notice of appeal was not filed timely. A motion to extend time is necessarily implied when an appellant, acting in good faith, files a notice of appeal

beyond the time allowed by Texas Rule of Appellate Procedure 26.1, but within the 15-day grace period provided by Rule 26.3 for filing a motion to extend time. *See Verburgt v. Dorner*, 959 S.W.2d 615, 617–18 (Tex. 1997). Appellant's notice of appeal was not filed within the 15-day period provided by Texas Rule of Appellate Procedure 26.3.

On March 12, 2025, all parties were notified that the appeal was subject to dismissal without further notice for want of jurisdiction. *See* Tex. R. App. P. 42.3(a). Appellant responded by filing a document containing his medical records and a copy of his notice of appeal. Appellant's responses fail to demonstrate that this court has jurisdiction to entertain the appeal.

We dismiss the appeal for lack of jurisdiction.


PER CURIAM


Before Chief Justice Brister and Justices Field and Farris.